IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00019-EWN-BNB

JENNY PURKETT,

    Plaintiff,

v.

DONALD H. RUMSFELD,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: February 12, 2007

                BY THE COURT:

                s/ Edward W. Nottingham
                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00019-EWN-BNB

Jenny L. Purkett
4265 Kyle Ln
Colorado Springs, CO 80916

Donald H. Rumsfeld - **CERTIFIED**
Secretary of Defense
1000 Defense Pentagon
Washington, D.C., 20301

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Donald Rumsfeld, The United States Attorney General and the United States Attorney's Office on Donald H. Rumsfeld: AMENDED TITLE VII COMPLAINT FILED 01/29/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2-13-07

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk