IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00019-EWN-BNB

JENNY L. PURKETT,

Plaintiff,

v.

DONALD H. RUMSFELD,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Open** [Doc. # 4, filed 1/4/07] (the

"Motion"). The Motion is unintelligible. "An application to the court for an order shall be by

motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or

order sought." Fed.R.Civ.P. 7(b). Accordingly,

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to

compliance with Rule 7(b).

Dated March 15, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge