IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00019-EWN-BNB

JENNY L. PURKETT,

Plaintiff,

v.

ROBERT M. GATES,

Defendant.
_____

**ORDER**
_____

Consistent with matters discussed at the status conference this afternoon:

IT IS ORDERED that the plaintiff may have to and including **February 19, 2008**, within which to respond to the **Motion for Summary Judgment and Supporting Brief** [Doc. # 41, filed 12/7/2007].

Dated January 17, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge