IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00019-EWN-BNB

JENNY L. PURKETT,

Plaintiff,

v.

ROBERT GATES,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Objection on Judge Order & Motion to Grant Witnesses List** [docket no. 32, filed September 21, 2007] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED: July 29, 2008